Andrea S. Carone, ISB No. 10344
andrea.carone@stoel.com
Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
E. Anders Pedersen, ISB No. 11626
anders.pedersen@stoel.com
Audrey G. Scholer, ISB No. 11275
audrey.scholer@stoel.com
STOEL RIVES LLP
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs Le Soleil Child Care LLC,
Jessica Duvall, Samatha Todd, and Leslie Sedlacek*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her official capacity as Prosecuting Attorney for Ada County,<br><br>Defendants. | Case No. 1:25-cv-00695-AKB<br><br>**MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Le Soleil Child

Care LLC ("Le Soleil") and Jessica Duvall, Leslie Sedlacek, and Samantha Todd (the "Plaintiff-

Parents" and collectively with Le Soleil the "Plaintiffs") move the Court for the entry of a

preliminary injunction or, in the alternative, a temporary restraining order, against Defendants

Raúl Labrador and Jan Bennetts (the "Defendants") in their official capacities.

MOTION FOR PRELIMINARY INJUNCTION - 1
150050868.1 0099880-01574

For the reasons set forth in the accompanying memorandum and Declarations of Justin Snyder, Jessie Duvall, Leslie Sedlacek, Samantha Todd, and Jessica Maddox, Plaintiffs respectfully request that the Court preliminarily enjoin Defendants from enforcing Idaho Code § 73-503(4) against private daycares, including Le Soleil.

DATED:    December 11, 2025

/s/ Wendy J. Olson
Wendy J. Olson
E. Anders Pedersen
Audrey G. Scholer
Andrea S. Carone

*Attorneys for Plaintiffs Le Soleil Child Care LLC, Jessica Duvall, Samatha Todd, and Leslie Sedlacek*