Andrea S. Carone, ISB No. 10344
andrea.carone@stoel.com
Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
E. Anders Pedersen, ISB No. 11626
anders.pedersen@stoel.com
Audrey G. Scholer, ISB No. 11275
audrey.scholer@stoel.com
STOEL RIVES LLP
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs Le Soleil Child Care LLC,*
*Jessica Duvall, Samatha Todd, and Leslie Sedlacek*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her official capacity as Prosecuting Attorney for Ada County,<br><br>Defendants. | Case No. 1:25-cv-00695-AKB<br><br>**DECLARATION OF JESSICA MADDOX** |

I, Jessica Maddox, declare as follows:

1.      I am over the age of eighteen, have personal knowledge of the facts and statements contained in this declaration, and could and would competently testify to these facts if called upon to do so. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

DECLARATION OF JESSICA MADDOX - 1

2.  I am a licensed and board-certified pediatrician with over 10 years of experience in pediatric medicine. I graduated with a BA in Biology from the University of North Carolina, Asheville in 2004. I also hold a PhD in Molecular Biology and MD from the University of Utah School of Medicine.

3.  After receiving my MD in 2015, I completed a three-year residency program in Pediatrics at the University of California, San Francisco. Following my residency, I worked as a Pediatric Hospitalist at Saint Alphonsus Medical Center in Boise, Idaho from 2018 until 2022.

4.  I currently practice at St. Luke's Children's Hospital in Boise, Idaho as a Pediatric Hospitalist, and have been there since I left Saint Alphonsus Medical Center.

5.  During my professional career as a Pediatric Hospitalist, I have cared for thousands of children, including infants and toddlers under the age of three.

6.  Children between six weeks and three years are particularly susceptible to contagious diseases and often suffer from much more serious consequences if infected.

7.  At birth and during the first years of a child's life, the immune system is not fully mature and cannot mount the same level of defense against pathogens as an older child or adult.

8.  While maternal antibodies provide some initial protection, these wane within the first months of life, leaving infants and toddlers more vulnerable to infections caused by bacteria, viruses, and other microorganisms.

9.  It is well known in the pediatric medical community, and supported by scientific evidence, that in addition to immunological immaturity, daycares are high-risk environments where communicable diseases are easily spread between the most vulnerable age group of children.

10.  In fact, children in daycare settings are exposed to more infections than any other

DECLARATION OF JESSICA MADDOX - 2

school setting due to close proximity of the children and staff; increased symptoms in children that age that can be responsible for transmission of communicable disease, like nasal secretions and cough; and daycare-aged child behavior that accelerates transmission, such as frequent hand-to-mouth activity, toy sharing, and a lack of basic hygiene awareness and common practices.

11.     Based on my medical training, clinical experience, and review of current scientific literature, it is my professional opinion that vaccines are safe, effective, and one of the most important preventive measures for protecting children, especially those under the age of three from serious and potentially life-threatening infectious diseases.

12.     Immune systems require education to help battle the same infections in the future. Immunizations create a safety net for this age group by educating the immune system so that when children are exposed to the actual infection, they have decreased symptoms and severity.

13.     Vaccines undergo rigorous testing for safety and efficacy before approval and are continuously monitored by public health authorities.

14.     Scientific evidence overwhelmingly supports that vaccines significantly reduce the risk of severe illness, hospitalization, and complications from diseases such as measles, pertussis (whooping cough), and influenza.

15.     For these reasons, most—if not all—pediatric healthcare guidelines strongly recommend following a structured vaccine schedule for infants and children.

16.     Additionally, herd immunity plays a critical role in protecting vulnerable populations, including children under three.

17.     Herd immunity is obtained when a certain percentage of the population are vaccinated, thereby reducing the overall spread of certain illnesses. This indirect protection is essential for infants and toddlers who may be too young to receive certain vaccines or whose

DECLARATION OF JESSICA MADDOX - 3

immune systems cannot fully respond to infection.

18. For many years, as a result of widescale childhood vaccinations, the United States maintained herd immunity against both measles and pertussis.

19. Unfortunately, there have been outbreaks of both of these deadly, and highly contagious, diseases throughout the U.S., including Idaho, this year. These outbreaks correlate with a decreased rate of childhood vaccinations.

20. Newborns and infants are the age groups that are at the highest risk of developing severe disease as a result of pertussis.

21. Generally, younger children catch the virus from older children or adults who exhibit much milder symptoms. This is why it is so important that all children (and adults) that interact with infants be fully vaccinated.

22. In Idaho, I have personally taken care of infants that had not received any immunizations, who then subsequently became deathly ill with pertussis and required long stays in the ICU. These children struggle to breathe sometimes for months and then are at risk of long-term chronic lung damage.

23. The efficacy rate of the pertussis vaccine is 98% effective after the fifth dose, but the efficacy wanes over a relatively short time; therefore, a higher vaccination rate is required for herd immunity.

24. Similarly, measles presents a particularly concerning risk for young children. Because measles is the number-one most contagious disease in the world, it requires a 95% population immunization rate to obtain herd immunity.

25. Children younger than five years old, and particularly those under 12 months old, who cannot receive the measles vaccine yet, are the most at risk for developing severe disease

DECLARATION OF JESSICA MADDOX - 4

including pneumonia and encephalitis (brain swelling).

26. Because daycares can no longer require immunizations, my medical training, clinical experience, and review of current scientific literature lead me to be deeply concerned that daycares will become centers for transmission of serious disease and increased risk of death or lifelong debilitating morbidity among babies and infants. It is my professional opinion that this poses a significant threat to public health and child safety.

I declare under penalty of perjury and the laws of the State of Idaho that the foregoing is true and correct.


DATED: December 11, 2025

/s/ *Jessica Maddox*
Jessica Maddox, MD


DECLARATION OF JESSICA MADDOX - 5