Andrea S. Carone, ISB No. 10344
andrea.carone@stoel.com
Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
E. Anders Pedersen, ISB No. 11626
anders.pedersen@stoel.com
Audrey G. Scholer, ISB No. 11275
audrey.scholer@stoel.com
STOEL RIVES LLP
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs Le Soleil Child Care LLC,*
*Jessica Duvall, Samatha Todd, and Leslie Sedlacek*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her official capacity as Prosecuting Attorney for Ada County,<br><br>    Defendants. | Case No. 1:25-cv-00695-AKB<br><br>**DECLARATION OF LESLIE SEDLACEK** |

I, Leslie Sedlacek, declare as follows:

1.     I am one of the plaintiffs in the above-captioned matter. I am over the age of

eighteen, have personal knowledge of the facts and statements contained in this declaration, and

could and would competently testify to these facts if called upon to do so. I submit this declaration

DECLARATION OF LESLIE SEDLACEK - 1
150459767.5 0099880-01574

in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am the mother of two children, E.S., age four, and A.S., age two. Both of my children attended daycare at Le Soleil from the time they were 10 weeks old. A.S. is currently enrolled at Le Soleil.

3. I have 11 years of experience as a registered nurse in antepartum; labor and delivery; and oncology settings.

4. My husband and I were not comfortable putting a 10-week-old child into a daycare environment where he or she might come into contact with an older, unvaccinated child.

5. I knew, based on my medical background, the consequences of contracting certain vaccine-preventable diseases.

6. I have always done my best to protect my children from vaccine-preventable diseases by avoiding contact with unvaccinated children and adults until my children were fully vaccinated. I have maintained this boundary even when it created interpersonal difficulties. Until my children were fully vaccinated, we did not allow them to have any contact with any unvaccinated individual.

7. My first priority when selecting a daycare was finding one that required vaccinations. I had a hard time finding daycares in Boise that required vaccines. The other daycares I spoke with told me that not only did they not require vaccination, they had children in attendance who were not vaccinated.

8. We were considering forgoing daycare altogether until E.S. turned one if we couldn't find a daycare that required vaccines. This would have been extremely burdensome for our family, as it would have required alternating work days, relying on a patchwork of extended family support, or one of us leaving the workforce entirely.

9. It is hard for me to make immediate adjustments to my schedule to accommodate for any lack of childcare. Therefore, having safe and reliable childcare is extremely important to my professional responsibilities.

10. We were grateful that we found Le Soleil, which required vaccination for all children, so that we had a safe childcare environment for E.S. At the time she started at Le Soleil at 10 weeks old, she was the youngest infant they had. A few years later, A.S. also started attending Le Soleil when he was 10 weeks old so that my husband and I could return to work.

11. Forgoing daycare would have deprived my children of socialization with peers and the chance to learn a second language.

12. Le Soleil provided a welcome space where we knew that parents had similar values and mindsets, especially in the vulnerable time of having a newborn or young child. It was reassuring to know that we were sending our children to childcare with other families who also cared about keeping the school community healthy and safe.

13. I believe that my family has an obligation to protect our community against communicable diseases. This is why we choose to receive all recommended vaccines and also make decisions with the community's health in mind. For example, if one of my children had a fever or a flu, we would not send them to daycare or bring them to a public event.

14. I also believe in autonomy. It should be a parent's decision whether to vaccinate their children. But for the same reason, there should be opportunities for parents who want to choose community spaces that *do* require vaccines. The IMFA revokes my ability to make that choice for my children's safety.

15. I have a right to keep my children safe, which includes being able to choose to send them to a community space where I feel that the herd immunity is still fair and they will be as

protected as possible from preventable diseases.

I declare under penalty of perjury and the laws of the State of Idaho that the foregoing is true and correct.

DATED:    December 11, 2025

/s/ *Leslie Sedlacek*
Leslie Sedlacek