Andrea S. Carone, ISB No. 10344
andrea.carone@stoel.com
Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
E. Anders Pedersen, ISB No. 11626
anders.pedersen@stoel.com
Audrey G. Scholer, ISB No. 11275
audrey.scholer@stoel.com
STOEL RIVES LLP
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs Le Soleil Child Care LLC,
Jessica Duvall, Samatha Todd, and Leslie Sedlacek*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her official capacity as Prosecuting Attorney for Ada County, <br><br> Defendants. | Case No. 1:25-cv-00695-AKB <br><br> **DECLARATION OF SAMANTHA TODD** |

I, Samantha Todd, declare as follows:

1.    I am one of the plaintiffs in the above-captioned matter. I am over the age of eighteen, have personal knowledge of the facts and statements contained in this declaration, and could and would competently testify to these facts if called upon to do so. I submit this declaration

DECLARATION OF SAMANTHA TODD - 1

in support of Plaintiffs' Motion for Preliminary Injunction.

2.    I am the mother of two children, I.T., age four, and A.T., age one. Both of my children attended daycare at Le Soleil. I.T. was enrolled at Le Soleil when she was approximately two years old. A.T. was enrolled at Le Soleil when he was 16 weeks old.

3.    Prior to attending Le Soleil, I.T. attended Little Luke's Early Learning Center, which was a hospital-affiliated daycare and required vaccinations. She first enrolled in daycare when she was eight months old.

4.    Both of our children started at daycare before they were old enough to be fully vaccinated, so we had to rely on herd immunity from the older children to protect them during infancy.

5.    I work in healthcare as a physical therapist, so I care about people feeling safe and having access to safe spaces. Many of the people I work with have health conditions that leave them vulnerable to disease. If my kids are exposed to severe illness at daycare, it not only could impact the health of my family, but jeopardize my ability to go to work and put the patients I take care of at risk.

6.    I also personally believe in public health and access to vaccines. Even once my children are fully vaccinated, it is important to me that they can be cared for in a safe and healthy environment. No vaccine is perfectly effective—the whole point of vaccines is that we protect each other.

7.    When we started at both daycares, we were asked for vaccine history for each of our children. We would never have considered a daycare that did not require vaccinations.

8.    When I.T. was a baby, she had to have major surgery to address a congenital condition. She already went through so much just for her surgery, it was very important that we

DECLARATION OF SAMANTHA TODD - 2

could send her somewhere where we felt that she would be kept as healthy as possible.

9.    The experience of having a child with a health complication also drove home to us that bad things can happen to anyone—just because bad outcomes are rare does not mean that we are immune. Most kids recover from measles, for example, but some kids do not and there are long-term health implications from a measles infection. I should have the right to protect my children from avoidable risks by sending them to a private daycare that requires vaccinations and takes common-sense precautions to prevent the spread of illness.

10.    Our children spend a lot of time at daycare, so it is important to us that our daycare community shares our values and that all parents and staff feel the same mutual responsibility to help each other keep our kids safe and healthy.

11.    The IMFA curtails my freedom as a parent to make these choices about my children's upbringing and safety and the environment in which they spend their time.

I declare under penalty of perjury and the laws of the State of Idaho that the foregoing is true and correct.

DATED:    December 11, 2025

/s/ *Samantha Todd*
Samantha Todd

DECLARATION OF SAMANTHA TODD - 3