Andrea S. Carone, ISB No. 10344
andrea.carone@stoel.com
Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
E. Anders Pedersen, ISB No. 11626
anders.pedersen@stoel.com
Audrey G. Scholer, ISB No. 11275
audrey.scholer@stoel.com
STOEL RIVES LLP
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs Le Soleil Child Care LLC,*
*Jessica Duvall, Samatha Todd, and Leslie Sedlacek*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her official capacity as Prosecuting Attorney for Ada County,<br><br>Defendants. | Case No. 1:25-cv-00695-AKB<br><br>**DECLARATION OF JUSTIN SNYDER** |

I, Justin Snyder, declare as follows:

1.       I am the Director and founder of Le Soleil Child Care, LLC ("Le Soleil"), who is one of the plaintiffs in the above-captioned matter. I am over the age of 18, have personal knowledge of the facts and statements contained in this declaration, and could and would

DECLARATION OF JUSTIN SNYDER - 1

competently testify to these facts if called upon to do so. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2.      In 2020, I founded Le Soleil. Le Soleil is a Boise daycare that provides full-time child care for children between the ages of six weeks and approximately three years old.

3.      I have been the Director of Le Soleil since its inception. I am responsible for most of the structural decisions for Le Soleil. This includes creating and maintaining its educational philosophy and programming. I am also responsible for creating Le Soleil's policies and procedures, including vaccination, illness, and health-related protocols. When making such policies and procedures, I often seek out the advice of professionals in the area, such as doctors, and rely on research-backed and proven practices.

4.      Le Soleil's mission is to provide a high-quality, play-based education to young children in an environment that encourages curiosity, problem solving, and autonomy.

5.      It is our general philosophy that we are to act as surrogates for the parents of the children who attend Le Soleil while they are unavailable to care for their children themselves. While their children are at Le Soleil, it is our responsibility to care for, protect, socialize, and educate these young children in a manner that comports with our families' goals and desires for their children. We treat the children in our care as if they were our own.

6.      Le Soleil has two age-based French immersion programs: the infant program is designed to provide a safe environment to explore and learn, while focusing on healthy gross motor development; and the toddler program works to support a child's language, cognitive, social, emotional, motor, physical, and perceptual development through developmentally appropriate activities.

7.      Le Soleil has always prioritized the health and safety of its enrolled families and

DECLARATION OF JUSTIN SNYDER - 2

staff as essential to fulfilling this mission.

8.     Le Soleil has always implemented rigorous health protocols, including a universal requirement that all enrolled children receive all age-appropriate vaccinations in accordance with Idaho's immunization schedule. Attached as **Exhibit A** is a true and correct copy of Le Soleil's policy manual from before the Idaho Medical Freedom Act ("IMFA") was enacted ("Family Manual"). Pre-IMFA, Le Soleil did not allow any exceptions to this policy.

9.     Prior to the IMFA being enacted, I was personally aware of multiple daycares in the Treasure Valley that did not require vaccinations or allowed expansive exceptions to any requirement including: Boise State Children's Center (accepting exemptions to vaccination requirements), Little Sprouts of Idaho (no vaccine requirement), Wildflowers (accepting exemptions to vaccination requirements), and a majority of in-home programs either do not require vaccines or allow exemptions to any vaccine requirement.

10.     Le Soleil's vaccination requirements, including a no-exception policy, were based on my understanding of well-established medical science and reflected Le Soleil's belief and understanding that full immunization is the most effective means of preventing disease outbreaks in a daycare setting. Doing so has always been a core principle of Le Soleil.

11.     Along with requiring all age-appropriate vaccinations, Le Soleil also maintains— or maintained—additional health- and safety-related policies to further promote an optimal learning environment, including daily sanitization, mandatory handwashing practices, and daily health screenings during high levels of community infection rates.

12.     Le Soleil also limits the number of children it admits, in part, to promote the health and safety of those children. It does so despite the fact that it is not the most financially beneficial decision, with daily enrollment of about 36 children (despite having a licensed capacity of 48

DECLARATION OF JUSTIN SNYDER - 3

children), and a long waitlist.

13. Le Soleil's illness policy required children to stay home if they exhibited certain symptoms of contagious illness or posed a significant risk to other children and staff. *See* Ex. A.

14. For example, Le Soleil required that children with: (1) a known COVID-19 exposure in the past five days stay home, unless taking a rapid test before check-in; (2) a fever of over 100.4 degrees stay home for at least 24 hours after a normal temperature was achieved without fever-reducing medications; (3) head lice remain home until after treatment and removal of all nits; and (4) infectious skin or eye conditions, such as ringworm, impetigo, or pink eye, remain home until 24 hours after antibiotic treatment was begun. *See id*.

15. Le Soleil's illness policy is also generally applied to its staff. That is, if an employee meets any of the conditions that would require a child to stay home, an employee is also expected not to show up for work.

16. Le Soleil's health policies play a significant role in its educational and developmental philosophy. These policies are intended to instill foundational health practices that safeguard Le Soleil's students' well-being and promote public health throughout their lives.

17. Le Soleil's health policies are not simply procedural requirements but are intertwined with its core mission and commitment to giving all children in its care the best advantages possible to succeed in life.

18. Throughout the years, Le Soleil has received backlash about its health policies; however, Le Soleil was unwilling to change its policies because of their connection to its philosophical and educational approach and mission.

19. As a direct result of the IMFA, Le Soleil has been forced to suspend almost all of its health-related policies. Suspending these policies was not a choice Le Soleil made for any other

DECLARATION OF JUSTIN SNYDER - 4

reason other than the enactment of the IMFA. But for the IMFA, Le Soleil would still be operating as it always had.

20.    In fact, the IMFA and its prohibitions juxtapose Le Soleil's core principles and compromise its ability to provide the best environment to socialize, educate, and develop the children in its care.

21.    As a result, the IMFA is now forcing Le Soleil to accept students who do not maintain the same beliefs that it or its pre-enactment families hold. Specifically, Le Soleil is now forced to allow students who are not vaccinated and have no intention of doing so to attend.

22.    With cold and flu season approaching, the IMFA will have very real consequences on Le Soleil's ability to run its business.

23.    It goes without saying that if Le Soleil is forbidden from taking common-sense precautions to prevent the spread of illness and disease at its facility, Le Soleil can expect that the children in its care and its staff will get sick more often.

24.    Although Le Soleil can account for some staff sickness, it cannot employ enough substitute teachers to always ensure that there are sufficient staff to adequately care for all the children enrolled.

25.    When more than one teacher is sick at a time, Le Soleil may be required to either entirely close or limit the number of children who can attend that day. This has happened in the past during large outbreaks of illness, which, at times, led to Le Soleil refunding its families for those days.

26.    This is for two reasons. First, it is difficult to find employees who meet our rigorous requirements to work at Le Soleil. Second, Le Soleil invests significantly in its employees. It is not financially feasible to have numerous staff members on the payroll to fill in during the days

DECLARATION OF JUSTIN SNYDER - 5

when one or more of our full-time employees are required to take a paid sick day.

27.    Simply put, the only option Le Soleil has when multiple employees are sick is to limit its business operations either in part or in full.

28.    Additionally, if Le Soleil is forced to close its doors more often, it will put additional strain on the caregivers of the children who attend Le Soleil. If Le Soleil is forced to close too often, I would expect some families to find alternative child care.

I declare under penalty of perjury and the laws of the State of Idaho that the foregoing is true and correct.


DATED:    December 11, 2025

/s/ *Justin Snyder*
Justin Snyder

DECLARATION OF JUSTIN SNYDER - 6