# Exhibit A

# Exhibit A



**www.lesoleil.school**

in partnership with

# Boise Language Schools

  

# Family Handbook - 2025

**Important contacts**

Director's cell:                    208.972.0923

For communication directly with a classroom,

please use messaging in the brightwheel® app.

1

**Welcome to the Le Soleil School family!**

As you prepare for enrollment, please carefully read this handbook. We suggest keeping a copy handy, but if it is lost, you may download it from our website.

**Our mission** is to provide a high-quality, play-based education to young children in an environment that encourages curiosity and problem solving.

In support of this mission, Le Soleil School is committed to giving all children in our care the best advantages possible to succeed in life. Our French immersion program is designed to promote proficient bilingualism in children—something that research has shown to promote significant cognitive advantages (as well as the obvious benefit of speaking more than one language).

Beyond language acquisition, Le Soleil staff encourages the healthy cognitive, motor, social, and other development of children through developmentally appropriate activities. Our focus is on supporting each child's unique journey through their early life, in tandem with the child's guardian(s). Teamwork between those at home and those at Le Soleil is a key ingredient to success.

Teamwork and diversity (of background, ability, and opinion) are important parts of what your child will learn at Le Soleil. It is our belief that all children are people first, and that all people are able to provide value to society. That value is likely to look very different depending on the individual providing it, and we encourage children to appreciate the value that they provide as well as what others provide.

Our guiding principle: *All children are capable beings*.

# Policies and Procedures

By enrolling your child in Le Soleil School in partnership with Boise Language Schools (herein referred to as "Le Soleil" and/or "Le Soleil School"), you are agreeing to the following policies, which may be updated at any time.

*Note: All forms available at lesoleil.school/family-resources*

*Password: "frenchimmersion"*

## Immunization

Initials _____

At Le Soleil School, the safety of our students and staff is our top priority. All children must remain current with the Idaho immunization schedule, which can be found on **healthandwelfare.idaho.gov**. For the safety of our school community and because vaccines have been proven safe and effective, Le Soleil **does not accept exemptions** from the required vaccination schedule. If your child is behind on vaccinations, Le Soleil may **at its discretion** accept conditional enrollment, provided that a valid catch-up schedule is followed and a Conditional Enrollment Form filled out. COVID-19 vaccination for students may not legally be required in Idaho, but we strongly encourage any eligible student (6 months or older) be kept up to date on it and recommended annual flu shots.

## Non-Solicitation Policy

Initials _____

In order to provide superior care, Le Soleil strives to retain the best talent possible in our staff. To avoid disruption of our programming and to continue to provide the consistent care each child needs and deserves, we have created a non-solicitation policy. **You may not solicit our staff for employment of any kind.** In the event that an employee leaves Le Soleil School and begins working for your family individually (babysitter or nanny) within 90 days, you would be responsible for a "finder's fee" of $6,000 due immediately to Le Soleil, similarly to a nanny agency.

## Schedules and Fees

*\* All current pricing can be found on www.lesoleil.school/faq*

*\* Tuition, deposits, and fees are non-refundable*

Initials _____

Le Soleil's infant and toddler program hours are **Monday-Friday, 8:00am-4:30pm,** located at our Idaho Street building. As space is available, pre-arranged early drop-off is available from 7:00am with the **monthly 7am drop-off fee**, or with 24 hours' notice on a single-day basis. The same is available for **late pickup until 6pm** with our 6pm pickup fee.

When a child moves up into our **preschool age group,** they will transition to our preschool location, located inside the building of our sister school Suntree Language Academy at 1423 South Tyrell Lane (just a few minutes' drive from our downtown building). Preschool hours are Monday-Friday, 8:30am-5:15pm. **Early drop-off and late pickup** are available for a limited number of preschoolers on a monthly basis, and include bussing to and from our downtown location (early drop-off is not available at the Suntree building). The fees for these services are listed on our website; the 8am drop-off fee and 6pm pickup fee are waived for those with a sibling in the daycare program, while the 6pm pickup fee is waived for those with a sibling in Suntree's after-school program (the preschooler will stay at the Suntree building with their sibling rather than bussing back downtown).

Enrollment at Suntree is guaranteed for our graduates, though availability may delay moving up in some instances. Many students are ready for the switch between 36 and 42 months of age, but it's expected and normal that every student develops certain milestones earlier or later than others, even siblings.

Because of the disruptive nature of late drop-offs not only to a child's own learning, but to that of the entire group, **we will not accept drop-off after 9am**, except in cases of extenuating circumstances such as appointments. **Please plan accordingly.** If a child is

consistently late, they are unable to participate in our carefully nurtured classroom culture—consistency is a major driver of a child's social-emotional and other learning.

In our infant and toddler programs, there are three schedules that families may choose from, depending on the availability of those days considering our staffing ratios and capacity: **full-time** (Monday-Friday), **three day** (Monday-Wednesday), and **two day** (Thursday-Friday). All preschoolers are enrolled at full time.

Annually after your child's initial enrollment, you will be responsible for a **facilities fee**, which is used specifically to provide for updated furniture, toys, and learning materials.

Payment is to be made in full on a monthly basis on or before the **first day of the month** that your child is in attendance. If payment is not received by this date, a late fee of $50 will be assessed for each week late. This fee may not apply if you have pre-arranged financial aid or other considerations. Le Soleil recommends tuition payment through the brightwheel® app—which accepts automatic payments—by credit card (2.9% fee) or ACH (no fee to you).

## Changes in Price

Initials _____

Le Soleil's mission is to provide consistent, quality care to your child. While we do our best to make this affordable and accessible, we are committed to paying living wages and good benefits to retain our amazing teachers, and we must keep up with increases in our own costs. By enrolling, you agree to potential increases in tuition and/or fees with at least 60 days' notice from Le Soleil.

## Drop-off and Pick-up

Initials _____

For drop-off, an adult must **accompany the child into the facility to sign the child in** for the day. For the safety and convenience of children, families, and our neighboring businesses and residents, stopping in a traffic lane to unload or to wait for a parking space is expressly

forbidden by our policy and by the City of Boise. As we strive to promote positive relationships with our neighbors, parking, even momentarily, in nearby private lots or driveways is forbidden.

Due to our reliance on on-street parking, certain restrictions apply if you are dropping off during the **peak drop-off time of 8am-9am**. when dropping off during this peak time, limit your time at Le Soleil to a **maximum of 15 minutes** as a consideration to other families and to our neighbors (we are happy to speak about any outstanding issues that must be addressed, but ask that longer discussions happen outside this peak hour). This limit does not apply during the first two weeks of enrollment (our *adaptation* period).

When dropping off, you will need to **enter the door code** which you'll create, followed by the pound sign (#), in order to open the front door. We require everyone to **remove shoes** (or cover their shoes with provided booties if they are too difficult to remove) upon entry. Please assist your child in putting away their shoes and putting items in their cubby. You will then proceed to the front desk, scan the QR code in your brightwheel® app, and **check your child in** for the day with your unique 4-digit brightwheel® code (this is separate from your door code may be edited inside the app). If you'd like to assist your child in **washing their hands**, you may do so. They will then say goodbye, bring their lunchbox to the appropriate place, and join their class.

The child's guardian or authorized alternate pick-up person **with a valid photo ID** may pick up the child at any time, but is required to check the child out for the day. This may be done by entering the facility, notifying a teacher or the director, and **checking out by scanning the QR code** at the front desk in your brightwheel® app. If the child's group is outside, you may pick the child up from that space after checking them out inside. A **class cell phone** will be present with one of the teachers from each age group if you would like to check on their location before your arrival with a brightwheel® message. **Proper check-in and check-out is vital to providing a safe environment and saves precious moments in case of emergency.**

Le Soleil will only release a child to the child's guardian or authorized alternate pick-up person with a valid photo ID. For the safety of your child, there are no exceptions to this policy. An authorized pick-up person is someone who is listed on an **alternate pick-up authorization form** which has been signed by the child's guardian and given to staff in-person or digitally by that guardian. **Verbal permission is not sufficient.**

In order to encourage families to be considerate of teachers' time, any late pick-up will be assessed a **late pick-up fee** of $5 per minute. In cases of emergency, this fee may be waived at the discretion of the program director. **If picking up between 4:30 and 6pm, please arrange in advance to avoid this fee**.

## Clothing and Belongings

Initials _____

At Le Soleil, our research-driven, play-based curriculum involves **going outside and getting dirty.** Your child will be interacting with teachers and peers in fun and engaging ways which often involve sensory exploration, messy artwork, or jumping in a puddle to see the splash.

Please send your child in **play- and weather-appropriate clothing** considering their outdoor time. We will spend up to two hours at a time outdoors during all safe weather conditions and temperatures (rain or shine, between 20ºF and 95ºF). Please also keep two (four for toilet training children) clean, season-appropriate, **complete sets of backup clothing** in the child's cubby (**as well as seasonal footwear**) and check this at least weekly to ensure that your child remains comfortable.

Weather-appropriate clothing in the warm months means a sun hat, clothing for water play, shorts, close-toed shoes, and short-sleeved shirts. For winter months, it means warm, waterproof boots (**not rain boots**), warm, waterproof gloves, warm hats, sweatshirts/hoodies, and a warm, waterproof jacket. You may also choose to send snow pants, which many children prefer because they keep their legs warm and dry. **Please check every day at drop-**

**off that you have all of the required clothing** available; since children can often lose things like gloves, we recommend having spares at all times.

All clothing (even socks) **must be clearly labeled** with your child's name or initials. Children often have trouble recognizing their own clothing and with teachers focused on providing a quality education, they cannot be required to memorize the clothing of each child. If clothing is not labeled, Le Soleil reserves the right to **clearly and permanently label it for you**.

Please provide a **labeled wet bag** in the child's cubby for soiled clothing and/or cloth diapers. If you bring it home, don't forget to replace it! It will be your responsibility to launder any soiled clothing.

Upon enrollment, we will provide your child with yellow **Le Soleil shirts** in the size that you indicate on the Child Background Form. These are not required to be worn, but feel free to send them in these shirts whenever you want. Your toddler will also be provided with a Tuffo® Muddy Buddy coverall suit **in yellow**. This will help with keeping your little one comfortable in the weather (and your laundry a little easier to handle)!

After moving to Suntree's preschool, students wear **uniforms** every day except Friday (our free-dress day). You are responsible to purchase uniforms in the desired sizes, styles, and colors. You may see styles and sizing charts on **shop.suntree.academy**. Styles include short- and long-sleeve shirts, hoodies, and dresses; please provide **weather-appropriate pants or shorts** (no tutus or skirts), as well as **closed-toed shoes**. Backup clothing for preschoolers must be either uniform or the provided yellow shirts (these may help you to know that laundry needs to be taken home).

Please **do not send toys from home** other than a small lovey (*"doudou"*) unless asked to do so for a special occasion such as show and tell, as these can cause unnecessary conflict.

## Illness

Initials _____

A child **must remain at home** if they have:

• A known COVID-19 exposure in the past 5 days (may alternatively do daily rapid testing with proof shown before check-in each day).

• Fever over 100.4 degrees as measured with an axillary measurement. Children must stay at home for at least 24 hours after a normal temperature is achieved WITHOUT medications.

• Diarrhea (watery, bad-smelling stools more than once in succession). Children may return when normal function returns.

• Vomiting (two or more episodes in the last 24 hours). Children may return when they can retain a light meal.

• Persistent hacking or congested cough with sore throat (very red or blistered throat). Children may return with doctor's written permission.

• Green nasal discharge (indicated a respiratory infection which requires treatment). Children may return with doctor's written permission.

• Difficulty in breathing

• Convulsions or unexpected profuse sweating

• Persistent pain in abdomen

• Swelling, redness, or throbbing in an injured part of the body

• Undiagnosed profuse rash or blisters on parts of the body

• Head lice. Children may return after treatment and removal of all nits.

• Infectious skin or eye conditions (such as ringworm, impetigo, or pink eye). Children may return 24 hours after treatment once antibiotic treatment has begun.

To protect the health of our children and staff, we reserve the right to ask that your child return home **within one hour of notification** if they exhibit any of the above symptoms. Sick children may be quarantined (with supervision) from contact with their peers until you are able to retrieve them. If we become ill or must stay with a quarantined child, we are not able to provide proper care for the group. Thank you for your consideration.

## Medication

Initials _____

If necessary, families may fill out a **medication request form** for their child to give to the program director. This is necessary for staff to administer any medication, including over the counter, to a child (except in emergencies as directed by EMS). **We do not provide any medication** – if you need us to administer medication such as Tylenol, it must be provided by you.

## Accidents and Injuries

Initials _____

The world we live in is imperfect. While Le Soleil staff always prioritizes safety, it should be expected that any young child who is actively exploring their world and learning from it will **sometimes come home with scrapes and bruises**. Le Soleil staff will use their best judgment about notifying a guardian about minor injuries, but will not immediately notify you for every fall or bump that doesn't require treatment. For accidents resulting in injuries that do require first aid or medical treatment, your enrollment in our program indicates your consent to hold Le Soleil Child Care, LLC, Boise Language Schools and its subsidiaries, their officers, staff, and volunteers free from liability for costs or damages relating to such an incident.

## Emergencies

Initials _____

The safety of your child is our top priority; if a child is unsafe, they cannot learn and grow. To this end, Le Soleil has created emergency response plans which are reviewed with staff regularly. All teachers are certified to perform **pediatric CPR and first aid.**

In the unlikely case of an extreme emergency involving injury, Emergency Medical Services (911) will be notified first with the permission of your signed **consent for medical treatment form,** followed by notification of the child's guardian(s) and/or emergency contact(s) as soon as is safe and reasonable. For this reason, it is very important to keep Le Soleil informed of all **updated contact information**.

If it is deemed necessary to evacuate due to fire or hazardous interior smells or fluids, we will assist children to the nearest emergency exits. Diagrams of the exits are posted inside the facility. All staff members are responsible for moving children to the **designated safe area** (at the Old Assay Office for our downtown location, or the Sage International School lawn at Suntree). In some circumstances, guardians will be called upon to pick up their children. As needed, the local authorities will be called to aid in the transportation of the children to an alternate shelter away from the program; your permission to do this is given to us by signing the **emergency transportation release form**. Upon evacuation, the staff will verify that all children are present. Proper check-in and check-out through the brightwheel® app is imperative in order for the safety of the children to be ensured.

## Behavior Management

Initials _____

Le Soleil uses positive reinforcement and redirection to address potentially harmful behaviors of students. We don't believe that children are capable of "bad behavior," but rather that it is their job to learn what is and isn't acceptable behavior; that means it's our job to model and teach that behavior. **Challenging behavior from a young child is a means of communication** by that child—research shows that all behaviors are a means to either obtain or avoid one of the following: peer/adult attention, sensory stimulation, or a tangible item/activity.

Time-outs and punishment have not been proven as an effective way to teach young children how to interact with others more appropriately, so we instead try to find an activity or behavior that will engage the child's energy in a more positive way.

If a child physically hurts another child on purpose, a teacher will intervene verbally and if necessary, will physically place themselves between the children to create separation. Only in the most urgent cases will we physically move a child without their consent; we believe bodily autonomy is best learned by example.

Should repeated violent behavior occur, teachers will work with the child's guardian(s) to create a plan of action on how to address it. Look up "Positive Behavior Interventions and Supports" for more information on our research-based approach.

Biting among young children is often a natural stage of communication development, and despite its harm is to be expected at times. It is the job of families and caregivers to address biting on an individual basis, to find its causes, and to react appropriately and firmly from a place of love and understanding. However, in order to keep our student body as a whole safe and happy, we reserve the right to exclude specific students from our program for persistent dangerous behavior.

## Weather Closures

Initials _____

In rare instances, Le Soleil will close due to severe weather—**we close for Boise School District weather closures**. In the event of closure, our best attempts will be made to contact each family before we open. If you are not contacted before opening and are concerned about weather conditions, you may contact us in the morning to ensure that you did not miss a notification of closure. As **weather conditions can change quickly**, please note that we may need to update our closure status up to an hour before we open, or we may need to call you to come pick up your child at an earlier time.

## Communication Guidelines

Initials _____

At Le Soleil, we strive to maintain open, honest, and clear communications with families to help make the best and most educational experience possible for our students. To that end, we've created some helpful guidelines on when, how, and where communications with our teaching staff should be made; we want to be sure that nothing gets missed!

**Absences / vacations:** Absences are a normal part of life and we expect that at one point or another, students won't be here on their scheduled days. In order to ensure our teachers know who to expect on a given day, please use the "All Staff ⇌ Parent" message type in the brightwheel® app to notify us of any planned or unplanned absences as soon as you can. This allows all teachers and administration to see the absence and plan accordingly.

**Changes in schedule / billing / security-related questions:** For any questions or requests related to billing, security, or a student's schedule, emailing info@lesoleil.school is the preferred medium to allow for better asynchronous communication directly with administration, but you may also use the "Admin ⇌ Parent" message type in brightwheel®.

**Questions about the day / medications / other communications:** For other questions or communications, including requests, please use the "All Staff ⇌ Parent" messaging function to ensure all teachers in a child's class can access the necessary information. For medications specifically, please ensure that a Medication Request Form is also filled out.

**Further communications with teachers and staff:** You may not solicit or use the personal contact information of our teachers and staff apart from the Program Director; any communication with staff should take place in person on our premises or through the brightwheel® application. **Contacting staff directly, especially outside of normal working hours, is grounds for immediate removal from our program and forfeiture of any prepaid tuition and/or deposits.** Staff with enrolled children may initiate outside communication so long as it does not relate to their work at Le Soleil (e.g. to set up a playdate).

13

## Meals

Initials _____

In order to ensure that each student's dietary restrictions are met and to maximize our ability to focus on constructive play and learning activities, Le Soleil requires **families to provide lunch for their children each day.** We recommend providing meals that meet the USDA's nutritional standards (CACFP).

Upon enrollment, we will provide you with an insulated bento-style lunch box for your child's meals to allow you to send fresh food for lunch. To minimize contamination risks, we are not able to reheat meals from home. If you'd like more than one, you may **purchase directly from us** for below retail price—just let us know!

Le Soleil provides fresh, nutritious afternoon snacks for children in our toddler and preschool age programs. Snacks include fresh vegetables and fruits, dairy, grains, and water. **Families of infants** should be prepared to **send all the day's food** for their little one, since infants can have such varied needs. For breastmilk we encourage having a backup package stored in our freezer, but can't store more than about a day's worth at a time.

## Vacation

Initials _____

Le Soleil is a **year-round program** with scheduled vacations throughout the year which can be found on our website's Calendar page. During these vacations, standard tuition rates apply.

If your family plans to travel at times other than our scheduled breaks, please notify Le Soleil in advance in brightwheel®. In order to maintain a work environment that teachers can count on and to provide proper ratios, **regular tuition rates apply** to absences/vacation days.

14

## Changes in Schedule and Cancellation

Initials _____

We understand that at times family or other circumstances change and you may no longer need care for your child. **Written notice is required 10 days prior to the last full month of enrollment for cancellation** of our service. For example, if your last day in attendance will be September 8th, we would require notice by July 22nd to have time to properly adjust billing and deposit credits. If this notice is not received, you agree to forfeit your prepaid final month's tuition.

## One last thing…

We are happy to provide enrolled families with new lunchboxes and Tuffo® Muddy Muddy rainsuits directly. Our online shop allows you to easily place an order for these items, as well as preschool uniforms, tees for infants and toddlers, onesies, and much more! **Just visit shop.lesoleil.school to put in your order.**

15

## Agreement

By enrolling your child in our program, you agree that you have reviewed and will be bound by the policies listed in this handbook. Policies may be changed, removed, or added at any time by Le Soleil in order to best serve the children in our care and their families; your continued enrollment in our program constitutes agreement to those updated policies in full.

_____ | _____

Full name of enrolled child                    Date of birth of child

_____ | _____

First day in attendance                        Date of agreement (today's date)

_____ | _____

Full name of legal guardian 1                  Full name of legal guardian 2

_____ | _____

Signature of legal guardian 1                  Signature of legal guardian 2

__ __ __ __ __#                              | __ __ __ __ __#

Door code of legal guardian 1                  Door code of legal guardian 2

_____ | _____

Name of authorized Le Soleil representative    Signature of authorized Le Soleil representative