RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB # 9391
Lead Deputy Attorney General
AARON M. GREEN, ISB #12397
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
aaron.green@ag.idaho.gov

*Attorneys for Defendant*
*Raúl R. Labrador in his official*
*capacity as Attorney General*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual, | Case No. 1:25-cv-00695-AKB |
| *Plaintiffs*, | **ATTORNEY GENERAL RAÚL R. LABRADOR'S MOTION TO DISMISS** |
| v. | |
| RAÚL R. LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNET, in her official capacity as Prosecuting Attorney for Ada County, | |
| *Defendants*. | |

ATTORNEY GENERAL RAÚL R. LABRADOR'S MOTION TO DISMISS

Defendant Raúl R. Labrador hereby moves to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion is supported by the attached memorandum of points and authorities.

DATED: January 30, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

/s/ *Aaron M. Green*
AARON M. GREEN
Deputy Attorney General

*Attorney for Defendant
Raúl R. Labrador in his official
capacity as Attorney General*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on January 30, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Andrea S. Carone<br>andrea.carone@stoel.com<br><br>Wendy J. Olson<br>wendy.olson@stoel.com<br><br>E. Anders Pedersen<br>anders.pedersen@stoel.com<br><br>Audrey G. Scholer<br>audrey.scholer@stoel.com | |
| *Attorneys for Plaintiffs* | |
| Dayton P. Reed<br>Deputy Prosecuting Attorney<br>Civil Division<br>Email: civilpafiles@adacounty.id.gov | |
| *Attorney for Jan M. Bennetts, Ada County Prosecuting Attorney* | |

/s/ *Aaron M. Green*
Aaron M. Green