Andrea S. Carone, ISB No. 10344
andrea.carone@stoel.com
Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
E. Anders Pedersen, ISB No. 11626
anders.pedersen@stoel.com
Audrey G. Scholer, ISB No. 11275
audrey.scholer@stoel.com
STOEL RIVES LLP
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for Plaintiffs*

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| LE SOLEIL CHILD CARE LLC, an Idaho limited liability company, JESSICA DUVALL, an individual, LESLIE SEDLACEK, an individual, SAMANTHA TODD, an individual<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as the Attorney General for the State of Idaho, JAN BENNETTS, in her official capacity as Prosecuting Attorney for Ada County,<br><br>Defendants. | Case No. 1:25-cv-00695<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Plaintiffs Le Soleil Child Care LLC, Jessica Duvall, Leslie Sedlacek, and Samantha Todd ("Plaintiffs") hereby give notice pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A) that

they respectfully appeal to the United States Court of Appeals for the Ninth Circuit the District Court's September 22, 2026 Memorandum Decision and Order (Dkt. 24) and Judgment (Dkt. 25).

**Form 1 Information**

- Date case was first filed in U.S. District Court: 12/11/2025
- Date of judgment or order being appealed: 09/22/2026
- Docket entry number of judgment or order appealed from: 24 & 25
- Docketing fee of $605 paid to the U.S. District Court for the District of Idaho
- Appellants: Plaintiffs Le Soleil Child Care LLC, Jessica Duvall, Leslie Sedlacek, and Samantha Todd
- This is not a cross-appeal.
- There was no previous appeal in this case.
- A Representation Statement is attached hereto.

DATED: October 22, 2026.

*/s/ Wendy J. Olson*
Andrea S. Carone
Wendy J. Olson
E. Anders Pedersen
Audrey G. Scholer

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

*Attorneys for Defendant Raúl Labrador*

James E.M. Craig
james.craig@ag.idaho.gov

Aaron M. Green
aaron.green@ag.idaho.gov

Brian V. Church
brian.church@ag.idaho.gov

*Attorney for Jan M. Bennetts*

Dayton P. Reed
civilpafiles@adacounty.id.gov

/s/ *Wendy J. Olson*
Wendy J. Olson