# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Le Soleil Child Care LLC, Jessica Duvall, Leslie Sedlacek, and Samantha Todd

Name(s) of counsel (if any):

Andrea S. Carone, Wendy J. Olson, E. Anders Pedersen, and Audrey G. Scholer
Stoel Rives LLP

Address: 101 S. Capitol Blvd, Ste 1900, Boise, ID 83702

Telephone number(s): 208-389-9000

Email(s): andrea.carone@stoel.com; wendy.olson@stoel.com; audrey.scholer@stoel.com; anders.pedersen@stoel.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Raul R. Labrador, in his official capacity as the Attorney General for the State of Idaho

Name(s) of counsel (if any):

James E.M. Craig, Aaron M. Green, Brian V. Church
Office of the Attorney General

Address: P.O. Box 83720, Boise, ID 83720-0010

Telephone number(s): 208-334-2400

Email(s): james.craig@ag.idaho.gov; brian.church@ag.idaho.gov;aaron.green@ag.idaho.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Jan Bennetts, in her official capacity as Prosecuting Attorney for Ada County

Name(s) of counsel (if any):

Dayton P. Reed
Ada County Prosecutor's Office

Address: 200 West Front Street, Room 3191 Boise, ID 83702

Telephone number(s): 208-287-7700

Email(s): civilpafiles@adacounty.id.gov

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*