Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

---

| | |
|---|---|
| Docket Number: | 26-7209 |
| Originating Case Number: | 1:25-cv-00695-AKB |
| Case Title: | Le Soleil Child Care, LLC, et al. v. Labrador, et al. |

---

**11/2/2026**

| | |
|---|---|
| Leslie Sedlacek | Mediation Questionnaire due |
| Le Soleil Child Care, LLC | Mediation Questionnaire due |
| Samantha Todd | Mediation Questionnaire due |
| Jessica Duvall | Mediation Questionnaire due |

**11/12/2026**

| | |
|---|---|
| Leslie Sedlacek | Corporate Disclosure Statement due |
| Samantha Todd | Corporate Disclosure Statement due |
| Raul Labrador | Corporate Disclosure Statement due |
| Le Soleil Child Care, LLC | Corporate Disclosure Statement due |
| Jan M Bennetts | Corporate Disclosure Statement due |
| Jessica Duvall | Corporate Disclosure Statement due |

**12/7/2026**

| | |
|---|---|
| Jessica Duvall | Appeal Opening Brief (No Transcript Due) |
| Samantha Todd | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Le Soleil Child Care, LLC | Appeal Opening Brief (No Transcript Due) |
| Leslie Sedlacek | Appeal Opening Brief (No Transcript Due) |

**1/6/2027**

| | |
|---|---|
| Jan M Bennetts | Appeal Answering Brief (No Transcript Due) |
| Raul Labrador | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**